```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/30/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PRISCO,

                Plaintiff

        v.

JOHN HOWARD and THE CENTERS FOR DISEASE CONTROL AND PREVENTION,

                Defendants.

No. 18-CV-6063 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 29, 2019, the parties in this case submitted a Stipulation of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 17. A certificate of service was filed on the same day, indicating Mr. Prisco was served with the Stipulation by mail. Dkt. 18.

It has come to the Court's attention that this case has not been administratively closed, Given the parties' Stipulation of Voluntary Dismissal, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    September 30, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge